FILED
JUN 1 8 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Juan F. Evans,                )
                              )
    Plaintiff,                )
                              )
v.                            )        Civil Action No.   08 1042
                              )
William K. Suter *et al.*,    )
                              )
    Defendants.               )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 16th day of June 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

                                              */s/ Ricardo M. Urbina*
                                              United States District Judge